___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP - 1 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

10-CV-00769-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOYNIHAN,<br><br>  Petitioner,<br><br>  v.<br><br>JOHN LOVICK,<br><br>  Respondent. | CASE NO. C10-0769-JLR<br><br>ORDER DENYING PETITIONER'S MOTION TO REOPEN HABEAS PETITION |

The Court, having reviewed petitioner's constued motion to reopen habeas petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's construed motion to reopen this habeas petition (Dkt. 17) is DENIED; and,

(3) The Clerk is directed to send copies of this Order to petitioner at both of his listed addresses (see R&R), and to Judge Theiler.

DATED this 1ST day of September, 2011.

JAMES L ROBART
United States District Judge

ORDER DENYING PETITIONER'S
MOTION TO REOPEN HABEAS PETITION
PAGE -1